AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION         APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois**<br>**Everett McKinley Dirksen Buildling**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |
|---|---|
| **DOCKET NO.**<br>08 cv 4279 | **DATE FILED**<br>July 29, 2008 |

| PLAINTIFF<br>**ARISTA RECORDS LLC; CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC** | | DEFENDANT<br>**JENNA NICOLE SARNA** |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | Amendment        Answer        Cross Bill        Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order        Judgment | WRITTEN OPINION ATTACHED<br>Yes        No | DATE RENDERED |
|---|---|---|
| **CLERK** | **(BY) DEPUTY CLERK** | **DATE** |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court        5) Case File Copy

# EXHIBIT A

## JENNA NICOLE SARNA

| | |
|---|---|
| **IP Address:** 147.126.37.58 2007-01-30 05:22:44 EST | **CASE ID#** 116503021 |
| | |
| **P2P Network:** Gnutella | **Total Audio Files:** 496 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| Capitol Records, LLC | Coldplay | Clocks | A Rush of Blood to the Head | 322-958 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | I Wanna Love You Forever | Sweet Kisses | 276-117 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | The Sweetest Taboo | Promise | 71-848 |
| BMG Music | David Gray | Please Forgive Me | White Ladder | 297-324 |
| BMG Music | Dave Matthews Band | Satellite | Under the Table and Dreaming | 285-688 |